UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Sharmandra A. Vasquez                                    Docket No. 5:14-MJ-2348-1

**Petition for Action on probation**

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Sharmandra A. Vasquez, who, upon an earlier plea of guilty to 18 U.S.C. §113(a)(4), Simple Assault, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge on April 22, 2015, to 12 months probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has an ongoing mental health condition that requires treatment by a physician. It is recommended that the mental health condition be added to monitor compliance with mental health treatment while on probation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 354-2539 |
| | Executed On: May 5, 2015 |

**ORDER OF THE COURT**

Considered and ordered this ____5th____ day of _____May_____, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Robert T. Numbers II*
Robert T. Numbers, II
U.S. Magistrate Judge